IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-62-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DEFAULT |
| ) | |
| CURRY'S PERSONAL PROPERTY, ) | |
| SPECIFICALLY: ) | |
| ) | |
| $70,953.41 IN U. S. CURRENCY; ) | |
| ) | |
| A 2004 JEEP CHEROKEE, ) | |
| VIN: 1J4GX48N74C412951; ) | |
| AND ANY AND ALL ATTACHMENTS ) | |
| THEREON, AND ANY AND ALL ) | |
| PROCEEDS FROM THE SALE OF ) | |
| SAID PROPERTY; ) | |
| ) | |
| MISCELLANEOUS GAMBLING ) | |
| MACHINES, SPECIFICALLY: ) | |
| ) | |
| FOURTEEN (14) MACHINES ) | |
| MANUFACTURED BY LEISURE TIME ) | |
| TECH., POT-O-GOLD TYPE, ) | |
| BEARING SERIAL NUMBERS 1311, ) | |
| 82148096, 82414097, 11948, ) | |
| 11061-1, 2004990597, 1535, ) | |
| AA-41, 82232095, AA-59, ) | |
| 82440597, 82360496, 200630496,) | |
| and 82130896; ) | |
| ) | |
| FOUR (4) MACHINES MANUFACTURED) | |
| BY U. S. GAMES, POT-O-GOLD ) | |
| TYPE, BEARING SERIAL NUMBERS ) | |
| 512341, 000748, 4153, AND ) | |
| cd4153; ) | |
| ) | |
| FOUR (4) MACHINES BEARING NO ) | |
| MANUFACTURE INFORMATION, ) | |
| TABLE TOP TYPE, BEARING NO ) | |
| SERIAL NUMBERS; ) | |
| ) | |

1

```
ONE (1) MACHINE BEARING NO      )
MANUFACTURE INFORMATION,        )
POT-O-GOLD TYPE, BEARING        )
SERIAL NUMBER 1;                )
                                )
TWO (2) MACHINES MANUFACTURED   )
BY BEST CO., POT-O-GOLD TYPE,   )
BEARING SERIAL NUMBERS          )
L00010262139 AND bx388262;      )
                                )
TWO (2) MACHINES                )
MANUFACTURED BY MERIT           )
INDUSTRIES, TABLE TOP TYPE,     )
BEARING SERIAL NUMBERS 624176   )
AND 11040200400577;             )
                                )
ONE(1) MACHINE MANUFACTURED     )
BY MERIT INDUSTRIES,            )
POT-O-GOLD TYPE, SERIAL NUMBER  )
11040200400585,                 )
                                )
                                )
            Defendants.         )
```

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 12th day of September, 2012.

JULIE A. RICHARDS
Clerk

BY: _____
        Clerk
United States District Court

2