IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERNN DIVISION
NO. 7:12-CV-62-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| CURRY'S PERSONAL PROPERTY, SPECIFICALLY: | ) | |
| | ) | |
| $70,953.41 IN U. S. CURRENCY; | ) | |
| | ) | |
| A 2004 JEEP CHEROKEE, VIN: 1J4GX48N74C412951; AND ANY AND ALL ATTACHMENTS THEREON, AND ANY AND ALL PROCEEDS FROM THE SALE OF SAID PROPERTY; | ) | |
| | ) | |
| MISCELLANEOUS GAMBLING MACHINES, SPECIFICALLY: | ) | |
| | ) | |
| FOURTEEN (14) MACHINES MANUFACTURED BY LEISURE TIME TECH., POT-O-GOLD TYPE, BEARING SERIAL NUMBERS 1311, 82148096, 82414097, 11948, 11061-1, 2004990597, 1535, AA-41, 82232095, AA-59, 82440597, 82360496, 200630496, and 82130896; | ) | |
| | ) | |
| FOUR (4) MACHINES MANUFACTURED BY U. S. GAMES, POT-O-GOLD TYPE, BEARING SERIAL NUMBERS 512341, 000748, 4153, AND cd4153; | ) | |
| | ) | |
| FOUR (4) MACHINES BEARING NO MANUFACTURE INFORMATION, | ) | |

1

| | |
|---|---|
| TABLE TOP TYPE, BEARING NO | ) |
| SERIAL NUMBERS; | ) |
| | ) |
| ONE (1) MACHINE BEARING NO | ) |
| MANUFACTURE INFORMATION, | ) |
| POT-O-GOLD TYPE, BEARING | ) |
| SERIAL NUMBER 1; | ) |
| | ) |
| TWO (2) MACHINES MANUFACTURED | ) |
| BY BEST CO., POT-O-GOLD TYPE, | ) |
| BEARING SERIAL NUMBERS | ) |
| L00010262139 AND bx388262; | ) |
| | ) |
| TWO (2) MACHINES | ) |
| MANUFACTURED BY MERIT | ) |
| INDUSTRIES, TABLE TOP TYPE, | ) |
| BEARING SERIAL NUMBERS 624176 | ) |
| AND 11040200400577; | ) |
| | ) |
| ONE(1) MACHINE MANUFACTURED | ) |
| BY MERIT INDUSTRIES, | ) |
| POT-O-GOLD TYPE, SERIAL NUMBER | ) |
| 11040200400585, | ) |
| | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the Internal Revenue Service-

Criminal Investigation and the New Hanover County Sheriff's Office pursuant to said process;

2. On June 12, 2012, this Court entered an Order allowing pro se respondent, Brenda Sue Curry, until August 11, 2012 to answer the complaint in this action.

3. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

4. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry #12; and

5. The Internal Revenue Service is hereby directed to dispose of the defendants according to law, including destruction.

SO ORDERED this  1  day of  October , 2012.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE

4